# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

JASYN DANIEL MCCLAIN,      )
                        )
     Plaintiff,          )
                        )
v.                    )     CASE NO. CV421-159
                        )
COASTAL STATE PRISON; BROOKS L. )
BENTON, Head Warden; Z. JONES,  )
Deputy Warden of Care &       )
Treatment; T. FLETCHER, Mental  )
Health Director; DR. O. AWE,    )
Medical Director; S. GREGORY,   )
Health Service Administrator;   )
                        )
     Defendants.         )
                        )

## O R D E R

Before the Court is the Magistrate Judge's August 26, 2021, Report and Recommendation (Doc. 4), to which Plaintiff has not filed objections. After a careful review of the record,[1] the Report and Recommendation (Doc. 4) is **ADOPTED** as the Court's opinion in this case. Therefore, Plaintiff's

---

[1] The Court reviews de novo a magistrate judge's findings to which a plaintiff objects, and the Court reviews for clear error the portions of a report and recommendation to which a plaintiff does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

Complaint (Doc. 1) is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _3rd_ day of November 2021.

_____

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2